XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7334
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants-Special Appearance*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,** | 2:17-cv-1721 TLN AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **T. RALLOS, et al.,** | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Request for an Extension of Time to File Waivers of Service of Process is GRANTED.  The deadline to file the waivers of service of process in this case is extended to February 12, 2021.

DATED: January 25, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE