UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested a copy of the Local Rules. ECF No. 48.  In his motion, plaintiff states that he received the copy of the Local Rules previously sent by the court, but notes that it appears to be missing pages and he therefore requests a complete copy. Id.  The Local Rules are 273 pages long and cover a number of subjects and situations that are not applicable to pro se prisoner cases. Accordingly, plaintiff was sent the Local Rules that apply to prisoner civil rights cases.  This copy was provided as a one-time courtesy.  If plaintiff would like a complete copy of the Local Rules, his request must be accompanied by the applicable copy costs.[1]

////

////

---

[1] The Clerk's Office provides copies of documents at $0.50 per page.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a copy of the Local
2  Rules, ECF No. 48, is DENIED.
3  DATED: June 17, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE