UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>  Plaintiff,<br><br>  v.<br><br>T. RALLOS, et al.,<br><br>  Defendants. | No. 2:17-cv-1721 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By order filed March 18, 2022, the undersigned opened discovery for the limited purpose of allowing plaintiff to identify defendant Johnson and the representative of defendant Farinas' estate. ECF No. 55. Plaintiff was permitted to serve discovery requests or make a request to the court for the service of subpoenas and discovery was limited to obtaining information necessary for the service of those defendants. Id. at 8-9. Plaintiff has now filed a motion requesting that the court serve subpoenas on the Office of Stakeholder Relations for the California Public Employees' Retirement System (CalPERS) and the litigation coordinator at California State Prison, Solano. ECF No. 57. In the motion plaintiff states that he has also sent requests for discovery to attempt to obtain the information without having to subpoena third-parties, but that he expects defendants will object to the requests. Id. at 1-2.

In light of plaintiff's attempts to obtain the information through discovery directed to defendants, the request for service of subpoenas will be denied at this time.  In the event plaintiff is unable to obtain the information he seeks through discovery, including through any necessary motions to compel, he will be given an opportunity to request subpoenas at that time.  However, the court notes that plaintiff's requests for discovery, which are attached to the motion to serve subpoenas, exceeds the scope of permitted discovery, and will therefore be limited as set forth in this order.  Defendant Brida need only respond, including raising any objections, to Interrogatories No. 3 and 5 and Requests for Production 2 and 5.  Defendant shall also respond to Request for Production No. 3, subject to any objections, by producing either appropriately redacted payroll logs or some other documentation, such as a staffing roster, that provides comparable information regarding the identify of any correctional officers named Johnson.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the service of subpoenas (ECF No. 57) is DENIED without prejudice.

2. Plaintiff's requests for production to defendant Brida (ECF No. 57 at 6-10) are limited as set forth above.

DATED: April 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE