IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. RALLOS, et al., | 2:17-cv-01721 TLN AC P<br><br>~~(PROPOSED)~~ ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Administrative Motion for Relief from Court Reporter Physical Presence Requirement Under Fed. Rule Civ. P. 28 (ECF No. 77) is **GRANTED**. The court reporter is not required to be in the same physical location as the Plaintiff during his deposition.

DATED: October 13, 2022

　　　　　　　　　　　　　　　　　　　　　_allison claire_
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE