UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

Plaintiff filed a second motion for extension of time to file written discovery requests. ECF No. 76. The motion will be granted, and the deadline for plaintiff to file any motions to compel will be extended accordingly. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 76) is GRANTED;

2. Plaintiff shall have thirty days from the filing of this order to serve requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions); and

3. Plaintiff shall have until January 13, 2023, to file any motions necessary to compel discovery.

DATED: October 13, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE