IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,** | 2:17-cv-1721 TLN AC P |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| T. RALLOS, et al., | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to respond to discovery requests is granted. The deadline for Defendants Shirley and Just to respond to the first set of interrogatories, requests for admissions, and requests for production of documents is extended to January 18, 2023, and the deadline of Defendant Perera to respond to the first set of interrogatories, requests for admissions, and requests for production of documents is extended to January 24, 2023.

DATED: December 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE