UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

Defendants have filed a request for an extension of time to respond to discovery requests served on November 23, 2022. Good cause appearing, the motion will be granted. In light of the extension of time to respond to these requests, as well as other recent extensions that have been granted, plaintiff's deadline to file any necessary motions to compel will also be extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to respond to discovery (ECF No. 95) is GRANTED and the deadline for defendants to respond to plaintiff's November 23, 2022 discovery requests is extended to February 9, 2023; and

2. Plaintiff shall have until March 10, 2023, to file any necessary motions to compel.

DATED: January 9, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE