UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. RALLOS, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1721 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Schwimmer has answered the complaint (ECF No. 100), and will be subject to all deadlines set forth in the January 11, 2023 discovery and scheduling order[1] (ECF No. 99).

Accordingly, IT IS HEREBY ORDERED that all deadlines and requirements set forth in the January 11, 2023 discovery and scheduling order (ECF No. 99), shall also apply to the proceedings between plaintiff and defendant Schwimmer.

DATED: January 23, 2023

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This includes the discovery deadlines set for defendants Faggianelli and Farinas.

1