1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAWRENCE GEORGE HASH,                    No.  2:17-cv-1721 TLN AC P

12                 Plaintiff,

13          v.                                ORDER

14   T. RALLOS, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has requested leave to exceed the page limit

18   for his motion to compel discovery.  ECF No. 105.  His motion to compel is fifty-nine pages, not

19   including exhibits.  ECF No. 106.  Given the number of discovery responses plaintiff is

20   challenging and his clear attempts to cut down on the length of the motion, plaintiff's request to

21   exceed the page limits will be granted.  Furthermore, in light of the length of the motion,

22   defendants' time to respond will be extended.

23          Good cause appearing, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's request for leave to exceed the page limit for his motion to compel

25   discovery (ECF No. 105) is GRANTED.

26   ////

27   ////

28   ////

1      2.  Defendants Boyd and Perera shall have thirty days from the filing of this order to file

2  their response to the motion to compel.

3  DATED: February 27, 2023

4

5                           ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE