UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for a thirty-day extension of time to serve written discovery requests. ECF No. 108. He also requests that the case name be updated on the docket to avoid confusion with his other pending case. Id. at 5.

Plaintiff requests that the March 6, 2023 deadline for serving written discovery be extended thirty days.[1] Id. at 1-4. The March 6, 2023 deadline applies to defendants Faggianelli, Farinas, and Scwhimmer only (ECF Nos. 99, 101), and plaintiff's request to extend this deadline will be granted. However, the deadline for serving written discovery requests on all other defendants was December 9, 2022. ECF No. 83. If plaintiff seeks to re-open this deadline, he

---

[1] Plaintiff also requests that the court excuse the untimeliness of the motion because he has been in COVID-19 quarantine. ECF No. 108 at 2. Based on plaintiff's representations, the untimeliness of the motion will be excused.

1

must identify on which defendants he seeks to serve additional discovery requests. Furthermore, the motion indicates that he seeks additional discovery based on defendants being untruthful in responding to discovery request that have already been served. ECF No. 108 at 1-2. Since it appears that plaintiff is alleging defendants have withheld information responsive to requests that have already been served, he must also explain why he cannot pursue the information he seeks through a motion to compel further responses to those requests.[2]

Plaintiff's request to amend the name of the case to Hash v. Faggianelli will be granted and the Clerk of the Court will be directed to update the docket accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 108) is GRANTED in part. Plaintiff shall have thirty days from the date of this order to serve written discovery requests on defendants Faggianelli, Farinas, and Schwimmer. Plaintiff shall have until June 23, 2023, to file any motions to compel against these defendants. To the extent plaintiff is seeking an extension of time to serve written discovery on defendants Austin, Boyd, Brida, Cruzen, Johnson, Just, Lemmons, Muhammad, Perera, Sandy, Shirley, Silva, Solorzano, and Thomas, the motion is DENIED.

2. Plaintiff's request to update the name of this case (ECF No. 108 at 5) is GRANTED. The Clerk of the Court is directed to update the docket to identify this case as Hash v. Faggianelli.

DATED: March 22, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff currently has until May 5, 2023, to file motions to compel against defendants Austin, Boyd, Brida, Cruzen, Johnson, Just, Lemmons, Muhammad, Perera, Sandy, Shirley, Silva, Solorzano, and Thomas. ECF No. 103.