IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,**<br><br>Plaintiff,<br><br>v.<br><br>**P. FAGGIANELLI, et al.,**<br><br>Defendants. | 2:17-cv-1721 TLN AC P<br><br>~~(PROPOSED)~~ ORDER |

**GOOD CAUSE APPEARING,** the defendants' motion for administrative relief re: extension of time to oppose plaintiff's motion to compel (ECF No. 110) is GRANTED. The deadline for defendants to oppose the motion is extended to April 13, 2023.

DATED: March 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE