IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,**<br><br>Plaintiff,<br><br>v.<br><br>**FAGGIANELLI, et al.,**<br><br>Defendants. | 2:17-cv-1721 TLN AC P<br><br>~~**(PROPOSED)**~~ **ORDER** |

**GOOD CAUSE APPEARING,** the motion of Defendants Faggianelli, Farinas and Schwimmer for administrative relief re-extension of time to complete discovery (ECF No. 115) is granted. The deadline for these Defendants to complete discovery is extended to June 19, 2023.

IT IS SO ORDERED.

DATED: April 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~(Proposed)~~ Order  (2:17-cv-01721 TLN AC P)