UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T. RALLOS, et al.,<br><br>　　　　　　Defendants. | No.  2:17-cv-1721 TLN AC P<br><br><br>ORDER |

　　　Plaintiff filed a motion for a thirty-day extension of time to oppose defendants' motion for an extension of time to respond to requests for production.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 131) is GRANTED; and

　　　2. Plaintiff is granted thirty days from the service of this order to file his opposition to defendants' motion for an extension of time.

DATED: July 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE