ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7334
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Solorzano, Muhammad, Thomas, Boyd, Just, Brida, Sandy, Perera, Farinas, Shirley, Cruzen, Silva, Lemmons, Austin, Faggianelli, Johnson, and Schwimmer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>T. RALLOS, et al.,<br><br>　　　　　　　　　Defendants. | 2:17-cv-01721 TLN AC PC<br><br>**STIPULATION RE: RULINGS ON DISCOVERY OBJECTIONS;** ~~(PROPOSED)~~ **ORDER**<br><br>Judge:　　　　The Honorable Allison Claire<br>Trial Date:　　Not Set<br>Action Filed:　August 11, 2017 |

During the meet and confer process concerning Defendants' discovery responses ordered by the Court (ECF No. 114), the parties discussed hybrid responses submitted by Defendants containing objections in which the Defendants responded to the request without waiving the objections. In order to avoid a situation in which Plaintiff files a motion to compel a further response solely to challenge a discovery objection, the parties stipulate that rulings on objections inserted in hybrid discovery responses be deferred to the time of trial to be determined by trial

1

judge. This stipulation does not apply to discovery responses consisting solely of objections.

Dated: ~~July 25, 2023~~ August 16, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

/s/ R. Lawrence Bragg

R. LAWRENCE BRAGG
Supervising Deputy Attorney General
*Attorneys for Defendants Solorzano, Muhammad, Thomas, Boyd, Just, Brida, Sandy, Perera, Farinas, Shirley, Cruzen, Silva, Lemmons, Austin, Faggianelli, Johnson, and Schwimmer*

Dated: August 3, 2023

/s/ Lawrence George Hash

LAWRENCE GEORGE HASH,
*Plaintiff pro se*

**IT IS SO ORDERED.**

Dated:   August 17, 2023

/s/ Allison Claire

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2021300155
37367352.docx

STIPULATION RE: RULINGS ON DISCOVERY OBJECTIONS; ~~(PROPOSED)~~ ORDER  (2:17-cv-01721 TLN AC PC)