1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAWRENCE GEORGE HASH,                    No.  2:17-cv-01721 TLN AC P

12                    Plaintiff,

13          v.                                 ORDER

14    FAGGIANELLI, et al.,

15                    Defendants.

16

17          Defendants have filed a second motion for an extension of time to file discovery motions

18    and represent that the motion was initially requested by plaintiff.  ECF No. 141 at 3.  The

19    extension is requested on the grounds that the parties require additional time to conclude

20    discussions regarding outstanding discovery and to finish producing further responses that were

21    agreed to during previous discussions.  Id.  In granting the previous motion for an extension of

22    time, the parties were cautioned that further extensions to accommodate additional meet and

23    confer efforts were unlikely.  ECF No. 130 at 1.  However, in light of the representation that

24    defendants are unlikely to have served all of the additional responses they have agreed to produce

25    by the current deadline, and to ensure the parties' efforts are not wasted, the request will be

26    granted to afford plaintiff time to review the supplemental responses prior to the deadline for

27    filing motions to compel.

28    ////

                                               1

1       Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of

2   time (ECF No. 141) is GRANTED.  The parties shall have until October 18, 2023, to file any

3   discovery motions related to any outstanding discovery disputes.

4   DATED:  September 11, 2023.

5

6                                                    _____

7                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28