UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| FAGGIANELLI, et al., | |
| Defendants. | |

Plaintiff has filed a declaration regarding his anticipated inability to file a motion to compel by the October 18, 2023 deadline due to outstanding supplemental discovery responses. ECF No. 145.  The declaration is construed as a motion for an extension of time.  Defendants have filed a response in which they confirm that some supplemental responses are still outstanding and state that they believe all additional supplemental discovery responses will be served by October 6, 2023.  ECF No. 146.  Good cause appearing, the request for an extension will be granted.  However, no further extensions will be granted absent a showing of extraordinary cause.  Furthermore, while the court is sympathetic to the fact that plaintiff has to balance classes and deadlines in other cases, this fails to establish good cause for further extending the deadline.  Having initiated this lawsuit, plaintiff has an obligation to pursue it diligently and he may sometimes be required to make difficult decisions regarding his priorities.
////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 145) is granted; and
2. Plaintiff shall have until **November 17, 2023**, to file a motion to compel.

DATED: October 4, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE