UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:17-cv-1721 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

    Plaintiff filed a timely motion for a fourteen-day extension of time to file the fourth and final volume of his motion to compel. ECF No. 155. He also belatedly seeks leave to exceed the page limit for his motion to compel. Id. Defendants oppose the motion for an extension of time, but not the request to exceed the page limit. ECF No. 157.

    The deadline for filing motions to compel was November 17, 2023, and under the prisoner mailbox rule, see Houston v. Lack, 487 U.S. 266, 276 (1988), the fourth volume of plaintiff's motion was filed November 26, 2023. Defendants argue that the motion for an extension of time should be denied and the fourth portion of the motion to compel denied as untimely on the ground that the excessive length of plaintiff's motion, which necessitated the extension of time, resulted from numerous factors within plaintiff's control. ECF No. 157. While defendants' position is understandable, plaintiff is a prisoner proceeding pro se. Given the numerous defendants and discovery requests at issue, as well as plaintiff's clear attempts at abbreviating the motion from

what was initially anticipated, the motion for an extension of time will be granted and the final volume of plaintiff's motion to compel will be deemed timely.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time and to exceed the page limit for his motion to compel (ECF No. 155) is GRANTED; and

2. The fourth and final volume of plaintiff's motion to compel (ECF No. 156) is deemed timely.

DATED: December 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE