IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,** | 2:17-cv-1721 TLN AC P |
| Plaintiff, | **~~(PROPOSED)~~ ORDER** |
| **v.** | |
| **FAGGIANELLI, et al.,** | |
| Defendants. | |

    **GOOD CAUSE APPEARING,** Defendants' motion to modify the current dispositive motion deadline (ECF No. 168) is granted.  The deadline for Defendants to file a dispositive motion is extended to June 5, 2025.

    **IT IS SO ORDERED.**

DATED: May 12, 2025

_allison Clarie_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1