IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,** | 2:17-cv-1721 TLN AC P |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| FAGGIANELLI, et al., | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion to modify the page limit for their motion for summary judgment (ECF No. 170) is GRANTED. The page limits for this motion are limited to a two-page notice of motion, a two-page *Rand* notice, a thirty-five-page Statement of Undisputed Facts, and a thirty-page memorandum of points and authorities, excluding the index or table of contents, table of cases, and exhibits.

DATED: June 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE