UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>Plaintiff,<br><br>v.<br><br>FAGGIANELLI, et al.,<br><br>Defendants. | No. 2:17-cv-1721 TLN AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for a sixty-day extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, the motion will be granted.

Among the reasons given for requesting the extension, plaintiff asserts that he did not receive a copy of the motion until June 12, 2025, and that after receiving the motion he met and conferred with defense counsel in an attempt to get counsel to withdraw defendants' argument that his complaint was barred by the statute of limitations. ECF No. 174. The court notes that defendants' motion for summary judgment was filed on the June 5, 2025 deadline and was therefore timely, even if plaintiff's receipt of the motion was delayed. Plaintiff is further advised that any opposition he has to defendants' statute of limitations argument should be addressed in his opposition to the motion for summary judgment, as the court will not grant additional extensions of time to accommodate efforts to get defendants to withdraw the argument.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 174) is GRANTED; and

2. Plaintiff is granted sixty days from the service of this order in which to file an opposition to defendants' motion for summary judgment.

DATED: July 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE